661 A.2d 351

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Simon W. TACHE, Respondent.**

**No. 71 Disciplinary Docket No. 3.
Disciplinary Board No. 131 DB 94.**

Supreme Court of Pennsylvania.

May 31, 1995.

## *ORDER*

PER CURIAM:

AND NOW, this 31st day of May, 1995, there having been filed with this Court by Simon W. Tache his verified Statement of Resignation dated March 23, 1995, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Simon W. Tache be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.